1

2

3

4

5

6

7

8      **UNITED STATES DISTRICT COURT**

9      **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   VIRGIL POPESCU,                             CASE NO. 13-CV-564 BEN (WMC)

12                        Plaintiff,             **ORDER:**

13      vs.                                      **(1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

14

15   CALIFORNIA DEPARTMENT OF                    **(2) DISMISSING ACTION WITHOUT PREJUDICE**
     CORRECTIONS AND
16   REHABILITATIONS, et al.,                    [Docket No. 2]

17                        Defendants.

18          Plaintiff Virgil Popescu filed a Complaint against multiple defendants, including

19   the California Department of Corrections and Rehabilitations.   (Docket No. 1.)

20   Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP").  (Docket No. 2.)

21          All parties instituting any civil action, suit or proceeding in any district court of

22   the United States, except an application for writ of habeas corpus, must pay a filing fee

23   of $350.  *See* 28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to

24   pay only if the party is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).

25   *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*,

26   169 F.3d 1176, 1177 (9th Cir. 1999).  Under 28 U.S.C. § 1915,

27

28          any court of the United States may authorize the commencement,

- 1 -                                                              13-CV-564

1   prosecution or defense of any suit, action or proceeding . . . without
    prepayment of fees or security therefor, by a person who submits an
2   affidavit that includes a statement of all assets such [person] possesses
    that the person is unable to pay such fees or give security therefor.
3

4   28 U.S.C. § 1915(a)(1).

5       Here, Plaintiff states that he is not currently employed.  (Mot. to Proceed IFP at

6   2.)   However, Plaintiff receives a retirement pension of $1,700 a month.   (*Id.*)

7   Accordingly, Plaintiff has not shown that he is unable to pay the filing fee. The motion

8   to proceed IFP is **DENIED**.  The action is **DISMISSED** without prejudice for failure

9   to pay the $350 filing fee.  Plaintiff is **GRANTED** thirty (30) days from the date of this

10  Order to pay the $350 filing fee.  If Plaintiff does not pay the $350 filing fee in full, this

11  action shall remain closed without further Order of the Court.

12      **IT IS SO ORDERED**.

13

14  DATED:  September 4, 2013

15  _____

16  Hon. Roger T. Benitez
    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28